**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR97-1010-LRR |
| | No. C00-1018-MJM |
| vs. | |
| | ORDER |
| ALEX E. WOMACK, | |
| Defendant. | |

This matter comes before the court on the defendant's motion pursuant to rule 60(b)(1) of the federal rules of civil procedure (Docket No. 197). The defendant filed such motion on November 30, 2006.[1] In the instant motion, the defendant asks the court to reconsider its December 21, 2005 order. In that order, the court, among other things, denied the defendant's 28 U.S.C. § 2255 motion. Given the statements that the defendant included in the instant motion, relief from the judgment that entered against him is not warranted. Because there is no defect in the integrity of his federal habeas proceeding, the defendant is unable to rely on rule 60(b)(1) of the federal rules of civil procedure. Moreover, as the court previously explained in its August 22, 2006 order, the defendant must seek authorization allowing the court to file and consider additional challenges to his federal conviction. *See* 28 U.S.C. § 2244(b)(3)(A). Accordingly, the defendant's motion pursuant to rule 60(b)(1) of the federal rules of civil procedure (Docket No. 197) is denied.

---

[1] The court notes that the defendant filed a motion pursuant to rule 60(b)(4) of the federal rules of civil procedure on July 20, 2006. The court denied that motion on August 22, 2006. Although the defendant appealed, the Eighth Circuit Court of Appeals dismissed the defendant's appeal on November 2, 2006.

To the extent that the defendant desires a certificate of appealability, the court does not believe that it is appropriate to issue certificate of appealability. *See* 28 U.S.C. § 2253. Accordingly, a certificate of appealability is denied.

**IT IS SO ORDERED**.

**DATED** this 4th day of December, 2006.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA